ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Trident Engineering & Procurement, P.C. | ) | ASBCA Nos. 60541, 62144 |
| | ) | |
| Under Contract No. W52P1J1-14-D-0037 | ) | |

APPEARANCES FOR THE APPELLANT:     Michael E. Barnicle, Esq.
                                     Arnold & Porter Kaye Scholer LLP
                                     Chicago, IL

                                    Keith J. Feigenbaum, Esq.
                                     Arnold & Porter Kaye Scholer LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                    MAJ Joshua B. Fix, JA
                                    Dana J. Chase, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 8, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60541, 62144, Appeals of Trident Engineering & Procurement, P.C., rendered in conformance with the Board's Charter.

Dated:  August 8, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals